IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           No. 14-cr-0931 MCA
                                                16-cv-1067 MCA/SMV

MATTHEW J. HOLMES,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PF&RD"), filed October 26, 2017. [CR Doc. 80; CV Doc. 11]. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, recommended denying Defendant Matthew J. Holmes's Motion to Vacate, Set Aside, or Correct Sentence [CR Doc. 69; CV Doc. 1]. No party has filed objections to the PF&RD, and the time for doing so has passed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CR Doc. 80; CV Doc. 11] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Matthew J. Holmes's Motion to Vacate, Set Aside, or Correct Sentence [CR Doc. 69; CV Doc. 1] is **DENIED**. Case number 16-cv-1067 MCA/SMV is **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

                                                                   **M. CHRISTINA ARMIJO**
                                                                     **Chief United States District Judge**